FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 FEB 25 PM 4:51

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY MCALLISTER | CIVIL ACTION |
| VERSUS | NO. 08-5174 |
| WARDEN AL STRAIN<br>DEPUTY OFFICERS ON STAFF | SECTION "F"(5) |

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the 42 U.S.C. §1983 claims brought by the plaintiff, Larry McAllister, against the defendants, Warden Al Strain and deputy officers on staff, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(b), §1915A(b)(1) and 42 U.S.C. §1997e(c).

**IT IS FURTHER ORDERED** that McAllister's state law claims are **DISMISSED WITHOUT PREJUDICE** to his ability to pursue the claims in

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

the appropriate state forum because the Court declines to exercise its supplemental jurisdiction.

New Orleans, Louisiana, this 25th day of Feb., 2009.

_____
UNITED STATES DISTRICT JUDGE